IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cr-04014-FJG-1 |
| | ) | |
| Paul E. Durham, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #45 filed on February 12, 2013), to which no objection has been filed, the plea of guilty to Counts 2 and 3 of the Indictment which was filed on February 16, 2012, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                                                                                   **/s/ Fernando J. Gaitan, Jr.**
                                                                                                                   Fernando J. Gaitan, Jr.
                                                                                                                   Chief United States District Judge

Dated: March 5, 2013
Kansas City, Missouri